## UNITED STATES BANKRUPTCY COURT OF EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

IN RE: (Debtor(s) name(s))                                   CHAPTER 13

George Edward Mammel                                         CASE NO: 21-12352-mdc

### NOTICE OF CHANGE OF ADDRESS OF APEX BANK

1. This change of address is requested by the Creditor
2. **Old Address:**

    Apex Bank

    430 Montbrook Ln., Ste. 207-208

    Knoxville, TN 37919

3. **New Address:**

    9721 Sherrill Blvd., Ste. 200

    Knoxville, Tennessee 37932



Date: 05/31/2023                          _____Kristy Jones_____

                                          Requestor's printed name(s)


                                          _____/s/ Kristy Jones_____

                                          Requestor's signature(s)


                                          _____865-500-5572_____

                                          Requestor's phone number

# United States Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)

In the Matter of:  
**George Edward Mammel**

Case #21-12352-mdc  
Chapter 13

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Address Change was furnished by Apex Bank by U.S. Mail, on the 31st day of May 2023, to:

George Edward Mammel  
151 Loomis Avenue  
Coatesville, PA 19320

Mark A. Cronin  
701 Market Street, Suite 500  
Philadelphia, PA 19106

Office of the Chapter 13 Trustee  
Kenneth E. West  
1234 Market Street, Suite 1813  
Philadelphia, PA 19107

Office of the United States Trustee  
Robert N.C. Nix Federal Building  
900 Market Street, Suite 320  
Philadelphia, PA 19107

U.S. Bankruptcy Court  
Robert N.C. Nix, Sr. Federal Courthouse  
900 Market Street, Suite 400  
Philadelphia, PA 19107

5/31/23

*Kristy Jones* (signature)

Kristy Jones  
Legal Specialist

Apex Bank  
9721 Sherrill Blvd, Suite 200  
Knoxville, TN 37932  
865-500-5572  
Kristy.jones@apexbank.com