# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **GEORGE EDWARD MAMMEL**, | : | |
| | : | **Chapter 13** |
| **Debtor.** | : | |
| | : | **Case No.: 21-12352-mdc** |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY WITHDRAW my appearance on behalf of the debtor in the above-referenced

Respectfully submitted,

*/s/ Mark A. Cronin*
Mark A. Cronin, Esquire

Attorney for Debtor


KINDLY ENTER my appearance on behalf of the debtor in the above-captioned Chapter 13 bankruptcy case.

Respectfully submitted,

*/s/ Sharon S. Masters*
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
FAX: (951) 344-0434
shmasters@hotmail.com
Attorney for Debtor